# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Hidalgo County, Texas

Tract:  RGV-WSL-2022
Owner:  Celia Virgen Avendaño de Collado, et al.
Acres:  0.138

**Being** a 0.138 of one acre (6,029 square feet) parcel of land, more or less, the Narciso Cabazos Survey, Abstract No. 30, Hidalgo County, Texas and being out of the right-of-way of "I" road as shown on the plat of Closner Subdivision recorded in Volume 1, Page 56, Map Records of Hidalgo County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-WSL-2022", said point being at a northerly interior corner of a called a called 427.252 acre tract conveyed to the United States of America by General Warranty Deed recorded in Instrument No. 2012-2321228, Official Records of Hidalgo County, Texas and a southerly corner of the right-of-way of "I" road, said point having the coordinates of N=16556562.451, E=1087400.032;

**Thence:** N 08°38'57" E, with the east line of the 427.252 acre tract and the west right-of-way line of "I" Road, for a distance of 164.44' to a set 5/8" rebar with a "MDS" cap stamped "RGVWSL-2002-4" for the **Point of Beginning** and southwest corner of Tract RGV-WSL-2022, said point being in the west right-of-way line of "I" Road and the east line of the 427.252 acre tract, said point having the coordinates of N=16556725.026, E=1087424.762;

**Thence:** N 08°38'57" E, continuing with the east line of the 427.252 acre tract and the west right-of-way line of "I" road, passing at 118.32' the southeast corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 431, Page 470, Deed Records of Hidalgo County, Texas ("84-H") and the southwest corner of the river levee right-of-way conveyed to the United States of America by Easement Deed recorded in Volume 435, Page 510, Deed Records of Hidalgo County, Texas ("83-H"), continuing for a total distance of 197.14' to a point for the northwest corner of Tract RGV-WSL-2022, said point being in the west right-of-way line of "I" road, the west line of the "83-H" river levee right-of-way and the east line of the "84-H" river levee right-of-way, said point being at the northeast corner of the 427.252 acre tract, the southeast corner of a called 5.73 acre tract conveyed to Hidalgo County Water Improvement District No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Sixth - Lateral A – 8th Tract") and the southwest corner of a called 1.22 acre tract conveyed to Hidalgo County Water Improvement District

## SCHEDULE C (Cont.)

No. Two by Warranty Deed recorded in Volume 120, Page 531, Deed Records of Hidalgo County, Texas ("Thirteenth Misc. Canals & Laterals-1st Tract");

**Thence:** N 81°17'46" E, departing the east line of the "84-H" river levee right-of-way, over and across the right-of-way of "I" road and the "83-H" river levee right-of-way, with the south line of the 1.22 acre tract, for a distance of 30.93' to a point for the northeast corner of Tract RGVWSL-2022, said point being in the east right-of-way line of "I" road and the south line of the 1.22 acre tract, said point being at the northwest corner of the remainder of Lot 9 of Closner Subdivision as conveyed to John Mundt recorded in Volume 100, Page 86, Deed Records of Hidalgo County, Texas, said point being within the "83-H" river levee right-of-way, said point bears S 05°40'27" W, a distance of 146.45' from United States Army Corps of Engineers Control Point No. 110;

**Thence:** S 08°03'37" W, departing the south line of the 1.22 acre tract, with the east right-of-way line of "I" road and the west line of the John Mundt tract, over and across the "83-H" river levee right-of-way, passing at 80.26' the southwest corner of the John Mundt tract, the northwest corner of the west one half of a called 1.00 acre tract conveyed to Rodolfo Quintero by Warranty Deed recorded in Instrument No. 2007-1770604, Official Records of Hidalgo County, Texas and the south line of the "83-H" river levee right-of-way, continuing for a total distance of 197.19' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-WSL-2004-1" for the southeast corner of Tract RGV-WSL-2022, said point being in the east right-of-way line of "I" road and the west line of the west one half of the 1.00 acre tract;

**Thence:** S 82°24'09" W, departing the west line of the west one half of the 1.00 acre tract, over and across the right-of-way of "I" road, for a distance of 32.86' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



## SCHEDULE D (Cont.)

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | N 08°38'57" E | 197.14' | N/A | N/A |
| L2 | N 81°17'46" E | 30.93' | N/A | N/A |
| L3 | S 08°03'37" W | 197.19' | N/A | N/A |
| L4 | S 82°24'09" W | 32.86' | N/A | N/A |
| L5 | N 08°38'57" E | 164.44' | N/A | N/A |
| L6 | S 05°40'27" W | 146.45' | N/A | N/A |

COORDINATE TABLE

| MONUMENT NO. | NORTHING | EASTING | MONUMENT DESCRIPTION |
|---|---|---|---|
| 1 | 16556725.026 | 1087424.762 | RGV-WSL-2002-4 |
| 2 | 16556919.929 | 1087454.409 | RGV-WSL-2002-3-2021-15 |
| 3 | 16556924.609 | 1087484.979 | RGV-WSL-2003-2 |
| 4 | 16556729.370 | 1087457.330 | RGV-WSL-2004-1 |
| 5 | 16556562.451 | 1087400.032 | POC RGV-WSL-2022 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL, RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 10/10/2018.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&H ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. LONE STAR 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON OCTOBER 5, 2018 (TICKET NO. 582716038).



MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

METES & BOUNDS SURVEY
HIDALGO COUNTY
TRACT No. RGV-WSL-2022
HIDALGO COUNTY TEXAS




ENGINEERING, INC.

## SCHEDULE D (Cont.)



Tract:  RGV-WSL-2022
Owner:  Celia Virgen Avendaño de Collado, et al.
Acreage:  0.138

# SCHEDULE E

# SCHEDULE E

ESTATE TAKEN

Hidalgo County, Texas

Tract:  RGV-WSL-2022
Owner:  Celia Virgen Avendaño de Collado, et al.
Acres:  0.138

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land described as being out of the right-of-way of "I" road as shown on the plat of Closner Subdivision recorded in Volume 1, Page 56, Map Records of Hidalgo County, Texas, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation and maintenance of the border barrier.

**SCHEDULE E (Cont.)**



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is SIX THOUSAND FOUR HUNDRED AND FORTY DOLLARS AND NO/100 ($6,440.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Celia Virgen Avendaño de Collado**<br><br>**Domingo Collado Virgen**<br><br>**Maria Eugenia Collado Virgen**<br><br>**Nadia Elena Collado Virgen** | Special Warranty Deed Volume 3247, Page 214, Official Public Records of Hidalgo County, Texas Recorded April 24, 1992<br><br>Affidavit, recorded October 7, 1997, Doc. No. 1997-628471, Official Public Records, Hidalgo County, Texas |
| **Virgina Collado de Llanos**<br><br>**Virginia Llanos de Nachon**<br><br>**Maria Teresa Llanos de Tort**<br><br>**Rocio Isabel Llanos Collado** | Affidavit, recorded  October 7, 1997, as Doc. No. 1997-628472, Official Public Records, Hidalgo County, Texas |
| **Rodolfo Quintero** | Gift Warranty Deed, recorded on June 14, 2007, Inst No. 2007-17706040, Official Public Records Hidalgo County, Texas Recorded |

| **Pablo "Paul" Villarreal, Jr.**<br>Hidalgo County Tax Assessor & Collector<br>2804 S. Business Highway 281<br>Edinburg, Texas 78539 | **Tax Authority** |
|---|---|